McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CAELY E. FALLINI
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-07-322 KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | WITHOUT PREJUDICE |
| v. ) | AND ORDER |
| ) | |
| AL JORDAN MACARAEG, ) | DATE: August 16, 2007 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |
| _____ ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Cr. No. S-07-322 KJM, for the following reason.

Since the conduct alleged in the Information, the defendant, Al Jordan Macaraeg, enlisted in the Navy and is on on active duty onboard the U.S.S. Abraham Lincoln, which is currently deployed. See attached declaration of Commanding Officer J.E. Robertson marked Exhibit A. According to a Naval Legal Officer, the defendant is currently in good standing. So long as the defendant remains enlisted in the Navy and in good

1

standing, the Government will not re-file charges.

     For the above reasons, the Government respectfully requests that the Court grant the Rule 48(a) motion for dismissal of the case without prejudice.

Dated: August 16, 2007.

                                  McGREGOR W. SCOTT
                                  United States Attorney

                         By:  /S/ Matthew C. Stegman
                              MATTHEW C. STEGMAN
                              Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: August 22, 2007.

_____
U.S. MAGISTRATE JUDGE

2